1

On 4-23-2020 time 2:15 PM
I inmate BRandon C. Howard Ais 229852 A4-33A
Am Being Accused By An officer NAmed:
officer   . Dukes of HARRASSment She ms, Dukes
Said I was Being Flirty towards her And She
Felt disrespectful And was uncomfortable By
What I Said or the words I was useing.
   I BRandon Howard Sworn to tell the truth
BeFore A.D.oc. And BeFore the united states District
Court. I inmate BRandon c. Howard Ais 229852
Was Moved FRom the crime Bill Dorm while
Waiting to take the class.
I work Mon-Fridays Cutting the inside of Bibb
grass when females work the Dorm I Leave
For work when the First count is Clear then
I RePort to the Back gate.
   ~~Eclueta she~~ I have Flirted with Nurses And
Most of every Female that wears a uniform
But Never have I disrespected a woman or made
her Feel uncomfortable in our conversation on
the matter.
         But only in our conversation I will Say
Nice Respectful things to keep her Spirits up
~~But~~ Because in a Place Like this it will only
BRing Your Spirits down.